I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
<small>FOR THE</small> D<small>ISTRICT OF</small> N<small>EBRASKA</small>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10CR3085 |
| | ) | |
| JESSE ANTILLON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before this Court on defendant's Motion to Withdraw, filing no. 72.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender John C. Vanderslice and the Federal Public Defender's office shall be permitted to withdraw as counsel of record for Mr. Antillon.

The Clerk is further ordered to discontinue sending ECF notices in this case to attorney Vanderslice following this Order.

Dated this 20th day of December, 2010.

BY THE COURT:

The Honorable Cheryl R. Zwart
United States Magistrate Judge