IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3085 |
| | ) | |
| V. | ) | |
| | ) | |
| JESSE ANTILLON, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the Magistrate Judge's Findings and Recommendation ("Recommendation") (filing 74) that Defendant Jesse Antillon's motion to suppress (filing 55) be denied. No objections to the Recommendation have been filed as allowed by 28 U.S.C. § 636(b)(1)(c).

I have reviewed the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and I find after de novo review that the Recommendation should be adopted.

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 74) is adopted;

2. Defendant Jesse Antillon's motion to suppress (filing 55) is denied.

January 19, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge