IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3085 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JESSE ANTILLON, | ) | |
| | ) | |
| Defendants. | ) | |

    Upon review of the Release Investigation Report completed and filed by Pretrial Services on July 28, 2011, (filing no. 144), and the defendant's motion, (filing no. 151),

    IT IS ORDERED:

1) The defendant's pro se motion for release, (filing no. 151), is denied.

2) The clerk shall mail a copy of this order to the defendant:

    Inmate Jesse Antillon
    P.O. Box 911
    Wilber, NE 68465

DATED this 22nd day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge